■ The People of the State of New York, Respondent, v David Coelho, Appellant

Present—Dillon, P. J., Callahan, Doerr, Boomer and Schnepp, JJ.